```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17258
    CALVIN CHOATE
    PATRICIA CHOATE                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-9931     SSN XXX-XX-0181

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/28/2006 and was confirmed 04/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.72%.

      The case was dismissed after confirmation 11/01/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG      4277.00           .00          4277.00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE      3437.77           .00              .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG      3724.48           .00          3724.48
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE      2960.00           .00              .00
AMERICAN EAGLE BANK       SECURED VEHIC     10667.61           .00          1918.80
QVC                       UNSECURED           479.74           .00              .00
RECOVERY MANAGEMENT SYST  UNSECURED          1107.87           .00              .00
ROUNDUP FUNDING LLC       UNSECURED           311.45           .00              .00
WELLS FARGO FINANCIAL IL  UNSECURED          1235.36           .00              .00
BANK OF AMERICA           NOTICE ONLY       NOT FILED          .00              .00
ECAST SETTLEMENT CORP     UNSECURED          1004.17           .00              .00
ECAST SETTLEMENT CORP     UNSECURED          5230.86           .00              .00
BILL ME LATE              UNSECURED         NOT FILED          .00              .00
ECAST SETTLEMENT CORP     UNSECURED           841.52           .00              .00
CAPTAL ONE                NOTICE ONLY       NOT FILED          .00              .00
CAPTAL ONE                NOTICE ONLY       NOT FILED          .00              .00
GE MONEY BANK             NOTICE ONLY       NOT FILED          .00              .00
CAREMARK                  UNSECURED         NOT FILED          .00              .00
WELLS FARGO FINANCIAL IL  UNSECURED          1127.49           .00              .00
CHASE CARD MEMBER SERVIC  NOTICE ONLY       NOT FILED          .00              .00
ECAST SETTLEMENT CORP     UNSECURED          8081.67           .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED          7257.44           .00              .00
DISCOVER                  NOTICE ONLY       NOT FILED          .00              .00
DISCOVER FINANCIAL SERVI  UNSECURED         12732.33           .00              .00
ECAST SETTLEMENT CORP     UNSECURED         11537.26           .00              .00
ROUNDUP FUNDING LLC       UNSECURED          3606.32           .00              .00
ECAST SETTLEMENT CORP     UNSECURED          7439.30           .00              .00
NATIONAL ASSET RECOVERY   UNSECURED         NOT FILED          .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED         16693.22           .00              .00
CAPITAL ONE               UNSECURED          1657.19           .00              .00
NCO                       UNSECURED         NOT FILED          .00              .00
PAYPAL BUYER CREDIT       NOTICE ONLY       NOT FILED          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 17258 CALVIN CHOATE & PATRICIA CHOATE
```

```
PENCREDIT CORP              UNSECURED       NOT FILED              .00          .00
PENTAGROUP FINANCIAL        UNSECURED       NOT FILED              .00          .00
CARE CREDIT GE MONEY BAN    UNSECURED       NOT FILED              .00          .00
RECEIVABLE MGMT             NOTICE ONLY     NOT FILED              .00          .00
RECEIVABLE MGMT             NOTICE ONLY     NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC    UNSECURED         4883.09              .00          .00
CITIBANK                    NOTICE ONLY     NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC    UNSECURED         2692.03              .00          .00
SHERMAN HOSPITAL            UNSECURED       NOT FILED              .00          .00
TARGET NATIONAL BANK        NOTICE ONLY     NOT FILED              .00          .00
TARGET NATIONAL BANK        NOTICE ONLY     NOT FILED              .00          .00
NATIONAL ASSET RECOVERY     NOTICE ONLY     NOT FILED              .00          .00
PENTAGROUP FINANCIAL        NOTICE ONLY     NOT FILED              .00          .00
WELLS FARGO FINANCIAL       NOTICE ONLY     NOT FILED              .00          .00
WELLS FARGO FINANCIAL       NOTICE ONLY     NOT FILED              .00          .00
DISCOVER FINANCIAL SERVI    UNSECURED         8567.64              .00          .00
CAPITAL ONE                 UNSECURED         3410.22              .00          .00
KENNETH J CHAPMAN           DEBTOR ATTY      2,400.00                           .00
TOM VAUGHN                  TRUSTEE                                          655.76
DEBTOR REFUND               REFUND                                              .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 10,576.04

PRIORITY                                              .00
SECURED                                          9,920.28
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               655.76
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                   10,576.04              10,576.04

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                             PAGE   2
        CASE NO. 06 B 17258 CALVIN CHOATE & PATRICIA CHOATE